# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ16-319 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| HENRY FREDRICK BROWN, | |
| Defendant. | |

<u>Offenses charged</u>:

    Count 1:    Possession of Methamphetamine With Intent to Distribute

    Count 2:    Possession of an Unregistered Destructive Device

    Count 3:    Felon in Possession of Explosives

    Count 4:    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>: September 21, 2016

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case,

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

as it relates to the danger to the community prong.

2. The evidence against the defendant, although the least significant factor, is very strong. Here, defendant had in his possession multiple firearm offenses and more than two pounds of methamphetamine.

3. If convicted, this would be defendant's third firearm offense, having been previously convicted of assault with a handgun, unlawful possession of a handgun and drug offenses.

4. Defendant has on-going substance abuse issues.

5. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//
//
//
//

(4)  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of September, 2016.

*[signature]*

JAMES P. DONOHUE
Chief United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3